**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

ALBERTO ALEJANDRO MAITA
ESPINOZA,

      Plaintiff,

v.                              Case No. 1:26-cv-20887-CMA

NICOLAS MADURO MOROS, *et al.*,

      Defendants.

**STATUS REPORT**

Plaintiff, Alberto Alejandro Maita Espinoza, through undersigned counsel, hereby files this Status Report in accordance with the Court's instructions in its April 14, 2026 Order [ECF No. 14] ("Order") ("Status Report").

Defendants Nicolas Maduro Moros ("Maduro"), Cartel de Los Soles ("COS"), and Fuerzas Armadas Revolucionarias de Colombia ("FARC"), are the subjects of a pending motion requesting that this Court direct the United States Marshals Service to serve them, ECF No. 15.

As to Defendant Manuel Figuera, Plaintiff has attempted service via process server at his residence in the Southern District of Florida. As of the date of filing this Status Report, undersigned counsel has not received confirmation that Figuera has been served.

Finally, as to the remaining Defendants (Vladimir Padrino Lopez, Maikel Moreno Perez, and Nestor Reverol Torres), Plaintiff is preparing a motion for alternative service given their status as foreign nationals of Venezuela.

Plaintiff will provide further status reports every 60 days from the filing of this Status Report, advising the Court of the status of service upon all Defendants, pursuant to the Court's February 11, 2026 Order [ECF No. 4].

Dated: April 15, 2026

Respectfully submitted,

**STUMPHAUZER KOLAYA
NADLER & SLOMAN, PLLC**
2 S. Biscayne Blvd., Ste. 1600
Miami, FL 33131
(305) 614-1400

*/s/ Francis D. Murray*
FRANCIS D. MURRAY
Florida Bar Number: 108567
fmurray@sknlaw.com
MICHAEL B. NADLER
Florida Bar Number: 51264
mnadler@sknlaw.com

*Counsel for Plaintiff Alberto Alejandro
Maita Espinoza*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 15, 2026, I electronically filed the foregoing document

with the clerk of the Court using CM/ECF. I also certify that the foregoing document is being

served this day on counsel of record via transmission of Notices of Electronic Filing generated by

CM/ECF.

*/s/ Francis D. Murray*
FRANCIS D. MURRAY

2