**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-20887-CIV-ALTONAGA/Reid**

**ALBERTO ALEJANDRO**
**MAITA ESPINOZA**,

      Plaintiff,

v.

**NICOLAS MADURO MOROS**, *et al.*,

      Defendants.

_____/

**<u>ORDER</u>**

**THIS CAUSE** came before the Court upon Plaintiff, Alberto Alejandro Maita Espinoza's

Motion for an Order Directing Service by the U.S. Marshals Service [ECF No. 15], filed on April

15, 2026.  Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 15]** is **GRANTED**.  Pursuant

to Federal Rule of Civil Procedure 4(c)(3), the U.S. Marshals Service is hereby directed to serve:

(1) the Summons of Fuerzas Armadas Revolucionarias de Colombia **[ECF No. 6]** and Complaint

**[ECF No. 1]** through Juvenal Ovidio Ricardo Palmera Pineda (BOP Register No. 27896-016); (2)

the Summons of Cartel de los Soles **[ECF No. 5]** and Complaint through Cliver Antonio Alcala

Cordones (BOP Register No. 87971-054); and, (3) the Summons of Nicolas Maduro Moros (BOP

Register No. 00734-506) **[ECF No. 7]** and Complaint on Maduro, all of whom are presently in

Bureau of Prisons custody.

No later than **ten (10) days** after service, the U.S. Marshals Service shall return a completed

Form USM-285 to Plaintiffs' counsel or file the completed Form USM-285 on the docket in this

CASE NO. 26-20887-CIV-ALTONAGA/Reid

action.  In light of potential security concerns, the U.S. Marshals Service, in its discretion, may

redact or omit from the form the location at which service was completed.

     **DONE AND ORDERED** in Miami, Florida, this 15th day of April, 2026.


_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record

2