**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-20887-CIV-ALTONAGA/Reid**

**ALBERTO ALEJANDRO**
**MAITA ESPINOZA**,

      Plaintiff,

v.

**NICOLAS MADURO MOROS**, *et al.*,

      Defendants.

_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*.  While Defendant, Fuerzas Armadas Revolucionarias de Colombia appears to have been served (*see* Return of Service [ECF No. 22]); to date, proofs of service on the other Defendants have not been filed.  To better manage the orderly progress of the case, it is

**ORDERED** that Defendants shall not file responses until all Defendants have been served. After all Defendants have been served, Defendants shall submit a single, combined response or separate answers within the time allowed for the last-served Defendant to respond.  Although Defendants are not required to file responses to the Complaint until all Defendants have been served, each Defendant shall file a notice of appearance within 21 days of service of the Complaint upon that Defendant; or, in the case of a natural person, a notice of appearance or notice of intent to proceed *pro se*.  Plaintiff shall serve copies of this Order on all Defendants served with process and file proofs of service upon doing so.

CASE NO. 26-20887-CIV-ALTONAGA

**DONE AND ORDERED** in Miami, Florida, this 4th day of June, 2026.

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:      counsel of record

2