**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

ALBERTO ALEJANDRO MAITA
ESPINOZA,

      Plaintiff,

v.

NICOLAS MADURO MOROS, *et al.*,

      Defendants.

Case No. 1:26-cv-20887-CMA

## STATUS REPORT

Plaintiff, Alberto Alejandro Maita Espinoza, through undersigned counsel, hereby files this Status Report in accordance with the Court's instructions in its April 14, 2026 Order [Dkt. No. 14] ("Order") ("Status Report").

This Court granted Plaintiff's motion to direct the U.S. Marshals Service to serve Defendants Nicolas Maduro Moros ("Maduro"), Cartel de Los Soles ("COS"), and Fuerzas Armadas Revolucionarias de Colombia ("FARC"). Dkt. No. 17. COS and FARC have been served thus far. Dkt. Nos. 22, 24.

This Court granted Plaintiff's motion for alternative service on Defendants Vladimir Padrino Lopez, Maikel Moreno Perez, and Nestor Reverol Torres. Dkt. No. 20. Plaintiff has engaged a firm that specializes in effectuating alternative service and is in the process effectuating that service in the manner authorized by this Court's Order, Dkt. No. 20.

As to Defendant Manuel Figuera, Plaintiff has made multiple attempts to serve him via process server at his residence in the Southern District of Florida. None have succeeded. As of the date of filing this Status Report, undersigned counsel has not received confirmation that Figuera

has been served. Plaintiff anticipates moving for leave to effectuate alterative service on Figuera in a manner similar to other defendants in this case.

A copy of this Court's Order (Dkt. No. 23) is being mailed to FARC and COS, and also is being included in the alternative service of documents authorized by this Court's May 5, 2026 Order. *See* Dkt. No. 20.

Plaintiff will provide further status reports every 60 days from the filing of this Status Report, advising the Court of the status of service upon all Defendants, pursuant to the Court's February 11, 2026 Order [Dkt. No. 4].

Dated: June 15, 2026

Respectfully submitted,

**ARKTOUROS** pllc

*/s/ Francis D. Murray*
FRANCIS D. MURRAY
848 Brickell Avenue PH5-J72
Miami, FL 33131-1824
Telephone: (305) 709-2573
Florida Bar No. 108567
fmurray@arktouros.co

*/s/ Michael B. Nadler*
MICHAEL B. NADLER
848 Brickell Avenue PH5-J72
Miami, FL 33131-1824
Telephone: (305) 709-2573
Florida Bar No. 51264
mnadler@arktouros.co

*Counsel for Plaintiff Alberto Alejandro Maita Espinoza*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 15, 2026, I electronically filed the foregoing document with the clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Francis D. Murray*
FRANCIS D. MURRAY

3