**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Alberto Alejandro Maita Espoinoza | 26-cv-20887 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Nicolas Maduro Moros, Vladimir Padrino Lopez, Maikel Moreno Perez et al | Summons and Complaint |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Nicolas Maduro Moros

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
MDC Brooklyn @ 80 29th Street, Brooklyn, NY 11232

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Michael B. Nadler, Esq
Stumphauzer Kolaya Nadler & Sloman, PLLC
2 South Biscayne Boulevard, Suite 1600
Miami, FL 33131

FILED BY ___ D.C.

JUL -6 2026

ANGELEA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses,
All Telephone Numbers, and Estimated Times Available for Service):

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 04 | No. 53 | ML | 04/24/2026 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date | Time | |
|---|---|---|---|
| | 6\5\26 | 8:20 | ☒ am ☐ pm |

| Address (complete only if different than shown above) | Signature of U.S. Marshal or Deputy |
|---|---|
| | P. Kenney |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | 0.00 | 2.00 | 2.00 | | |

REMARKS

USM 299 mail waiver | served via certified mail.

Form USM-285
Rev. 11/18

ALERT: IMPACTS FROM THE WORLD SOCCER TOURNAMENT HELD IN MAJOR CITIES THROU...

# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

# 70130600000135667311

Copy     Add to Informed Delivery

## Latest Update

Your item has been delivered and is available at a PO Box at 8:20 am on June 5, 2026 in BROOKLYN, NY 11232.

---

**Get More Out of USPS Tracking:**

    USPS Tracking Plus®

● **Delivered**

**Delivered, PO Box**

BROOKLYN, NY 11232
June 5, 2026 8:20 AM

● **Available for Pickup**

BUSH TERMINAL CARRIER ANNEX
147 41ST ST STE 1
BROOKLYN NY 11232-3322
Mon-Fri 9:00 AM-5:00 PM
Sat 8:30 AM-1:00 PM
June 4, 2026 10:11 AM

● **Out for Delivery**

BROOKLYN, NY 11232
June 4, 2026 9:15 AM

● **Arrived at Post Office**

BROOKLYN, NY 11232

Feedback

June 4, 2026 9:04 AM

**Arrived at USPS Facility**

MID NY DISTRIBUTION CENTER
June 2, 2026 10:55 PM

**Hide Tracking History**

What Do USPS Tracking Statuses Mean?

---

**Text & Email Updates**                                                ⌄

---

**USPS Tracking Plus®**                                                 ⌄

---

**Product Information**                                                 ⌄

---

See Less ⌃

Track Another Package

| Enter tracking or barcode numbers |
|---|

# Need More Help?

Contact USPS Tracking support for further assistance.

| **FAQs** |
|---|



USPS TRACKING #

9590 9402 9340 5002 0510 18

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

United States Marshals Service
Eastern District of New York
Attn: Canea Kenney-Alzen
225 Cadman Plaza East, Rm. G-20
Brooklyn, New York 11201

## SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MOC
80 29th st
Brooklyn, NY 11232



9590 9402 9340 5002 0510 18

2. Article Number *(Transfer from service label)*

7013 0600 0001 3566 7311

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X  B n l      ☒ Agent
              ☐ Addressee

B. Received by *(Printed Name)*      C. Date of Delivery
B. Ahmad                              6-5-26

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2020 PSN 7530-02-000-9053                    Domestic Return Receipt