**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

ALBERTO ALEJANDRO MAITA ESPINOZA,

Plaintiff,

v.

NICOLAS MADURO MOROS, *et al.*,

Defendants.

Case No. 1:26-cv-20887-CMA

**PLAINTIFF'S MOTION FOR ENTRY OF CLERK'S DEFAULT**

Plaintiff Alberto Alejando Maita Espinoza hereby requests, pursuant to Federal Rule of Civil Procedure 55(a), that the Clerk enter default as to Defendants Vladimir Padrino Lopez, Maikel Moreno Perez, and Nestor Reverol Torres.

- On June 19, 2026, Plaintiff effectuated alternative service on each of Defendant Vladimir Padrino Lopez, Defendant Maikel Moreno Perez, and Defendant Nestor Reverol Torres. *See* Notice of Proof of Alternative Service, Dkt. No. 43.
- Undersigned counsel has sent this Court's Order (Dkt. No. 23) and this motion to Defendants Vladimir Padrino Lopez, Maikel Moreno Perez, and Nestor Reverol Torres.

The deadlines for Defendants Vladimir Padrino Lopez, Maikel Moreno Perez, and Nestor Reverol Torres to file their respective notices of appearance or intent to proceed *pro se* have now all passed without any filings, as directed by this Court's Order (Dkt. No. 23). Defendants Vladimir Padrino Lopez, Maikel Moreno Perez, and Nestor Reverol Torres have made no other filings. No extension of time has been requested or provided.

Because Defendants Vladimir Padrino Lopez, Maikel Moreno Perez, and Nestor Reverol

Torres have "failed or plead or otherwise defend" in a timely manner, "the clerk must enter the party's default." *See* Fed. R. Civ. Proc. 55(a).

Based on the foregoing, Plaintiff requests that this Court directed the Clerk of Court to enter defaults as to Defendants Vladimir Padrino Lopez, Maikel Moreno Perez, and Nestor Reverol Torres in this case.

Respectfully submitted,

ARKTOUROS pllc

*/s/ Francis D. Murray*
Francis D. Murray (FL Bar No. 108567)
Michael B. Nadler (FL Bar No. 51264)

848 Brickell Avenue PH5-J72
Miami, FL 33131-1824
Telephone: (305) 709-2573
Email: fmurray@arktouros.co
Email: mnadler@arktouros.co

**CERTIFICATE OF SERVICE**

I certify that on August 18, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, causing a copy to be served on all counsel of record.

I further certify that a copy of this motion has been published to Vladimir Padrino Lopez, Maikel Moreno Perez, and Nestor Reverol Torres.

*/s/ Francis D. Murray*
Francis D. Murray